United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BETSY FEIST,                                        No. C 12-80135 MISC RS

                Plaintiff,            **ORDER OF REFERENCE TO**
    v.                                         **MAGISTRATE JUDGE**

RCN CORP., et al.,

                Defendants.

_____/

    Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS Electronic

Frontier Foundation and Peter Eckersley's motion to quash and any further discovery disputes filed

herein to a randomly assigned Magistrate Judge for resolution.  Unless directed otherwise by the

Magistrate Judge, defendants shall notice the motion for hearing pursuant to the local rules and any

standing orders or procedures of the Magistrate Judge upon assignment.


IT IS SO ORDERED.


Dated:  6/8/12                            _____
                                         RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE