SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:   650.815.2600
Facsimile:   650.815.2601
Email:       jchadwick@sheppardmullin.com
               trodewald@sheppardmullin.com

Attorneys for Non-Parties, ELECTRONIC FRONTIER FOUNDATION and PETER ECKERSLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST, | Case No. 3:12-MC-80135-RS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| RCN CORP. and PAXFIRE, INC., | |
| Defendants. | |

1    At the time of service, I was over 18 years of age and not a party to this action.  I
2    am employed in the County of Santa Clara, State of California.  My business address is
3    379 Lytton Avenue, Palo Alto, CA 94301-1479.
4        On June 6, 2012, I served true copies of the following document(s) described as:
5    MOTION OF NON-PARTIES ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY TO QUASH SUBPOENAS ISSUED BY DEFENDANT
6    PAXFIRE, INC. AND REQUEST FOR PROTECTIVE ORDER;
7    DECLARATION OF JESSE BURNS IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND REQUEST FOR
8    PROTECTIVE ORDER;
9    DECLARATION OF CINDY COHN IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND REQUEST FOR
10   PROTECTIVE ORDER;
11   DECLARATION OF PETER ECKERSLEY IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND
12   REQUEST FOR PROTECTIVE ORDER;
13   DECLARATION OF NICHOLAS CROYLE WEAVER IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE,
14   INC. AND REQUEST FOR PROTECTIVE ORDER;
15   DECLARATION OF ARVIND NARAYANAN IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND
16   REQUEST FOR PROTECTIVE ORDER;
17   DECLARATION OF TENAYA M. RODEWALD IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND
18   REQUEST FOR PROTECTIVE ORDER;
19   REQUEST FOR JUDICIAL NOTICE BY NON-PARTIES ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY IN SUPPORT OF
20   MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND REQUEST FOR PROTECTIVE ORDER;
21
     [PROPOSED] ORDER RE MOTION TO QUASH SUBPOENAS ISSUED BY
22   DEFENDANT PAXFIRE, INC. AND REQUEST FOR PROTECTIVE ORDER
23   on the interested parties in this action as follows:
24   Andrew Grosso, Esq.
     Andrew Grosso & Associates
25   Georgetown Place
     1101 Thirtieth Street, NW, Suite 300
26   Washington. D.C. 20007
27
28

-1-

SMRH:405542754.1

Case No. 3:12-MC-80135-RS
CERTIFICATE OF SERVICE

1     **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed
2 to the persons at the addresses listed above and placed the envelope for collection and
3 mailing, following our ordinary business practices. I am readily familiar with the firm's
4 practice for collecting and processing correspondence for mailing. On the same day that
5 the correspondence is placed for collection and mailing, it is deposited in the ordinary
6 course of business with the United States Postal Service, in a sealed envelope with postage
7 fully prepaid.

8     I declare under penalty of perjury under the laws of the United States of America
9 that the foregoing is true and correct and that I am employed in the office of a member of
10 the bar of this Court at whose direction the service was made.

11     Executed on June 8, 2012, at Palo Alto, California.

_____
Robin P. Regnier

-2-

SMRH:405542754.1

Case No. 3:12-MC-80135-RS
CERTIFICATE OF SERVICE