United States District Court

For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    BETSY FEIST,                                    No. C-12-80135-RS  (DMR)

9              Plaintiff(s),                          **ORDER SETTING HEARING DATE ON
                                                      MOTION TO QUASH**
10        v.

11   RCN CORP.,

12             Defendant(s).
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15        The court is in receipt of Non-Parties' Electronic Frontier Foundation and Peter Eckersley's

16   Motion to Quash.  [Docket No. 1.]  You are hereby notified that the hearing on the Motion is set for

17   July12, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.

18   For courtroom number and floor information, please check the Court's on-line calendar at

19   http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge

20   Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week

21   prior to the scheduled hearing.

22        IT IS SO ORDERED.

23

24   Dated:  June 8, 2012

25   _____
                                               DONNA M. RYU
26                                             United States Magistrate Judge

27

28