**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEIST,  No. C-12-80135-RS (DMR)

    Plaintiff(s),  **ORDER**

  v.

RCN CORP.,

    Defendant(s).
_____/

The court ORDERS Electronic Frontier Foundation to serve a copy of Order Docket No. 11 on the other parties and file proof of service with the Court.

IT IS SO ORDERED.

Dated: June 8, 2012

DONNA M. RYU
United States Magistrate Judge