1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   JAMES M. CHADWICK, Cal. Bar No. 157114
3  TENAYA RODEWALD, Cal. Bar No. 248563
   379 Lytton Avenue
4  Palo Alto, California 94301-1479
   Telephone:  650.815.2600
5  Facsimile:  650.815.2601
   Email:      jchadwick@sheppardmullin.com
6              trodewald@sheppardmullin.com

7  Attorneys for Non-Parties, ELECTRONIC
   FRONTIER FOUNDATION and PETER
8  ECKERSLEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST, | Case No. 3:12-MC-80135-RS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| RCN CORP. and PAXFIRE, INC., | |
| Defendants. | |

1    At the time of service, I was over 18 years of age and not a party to this action.  I
2  am employed in the County of Santa Clara, State of California.  My business address is
3  379 Lytton Avenue, Palo Alto, CA 94301-1479.
4    On June 6, 2012, I served true copies of the following document(s) described as:
5  MOTION OF NON-PARTIES ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY TO QUASH SUBPOENAS ISSUED BY DEFENDANT
6  PAXFIRE, INC. AND REQUEST FOR PROTECTIVE ORDER;
7  DECLARATION OF JESSE BURNS IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND REQUEST FOR
8  PROTECTIVE ORDER;
9  DECLARATION OF CINDY COHN IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND REQUEST FOR
10  PROTECTIVE ORDER;
11  DECLARATION OF PETER ECKERSLEY IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND
12  REQUEST FOR PROTECTIVE ORDER;
13  DECLARATION OF NICHOLAS CROYLE WEAVER IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE,
14  INC. AND REQUEST FOR PROTECTIVE ORDER;
15  DECLARATION OF ARVIND NARAYANAN IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND
16  REQUEST FOR PROTECTIVE ORDER;
17  DECLARATION OF TENAYA M. RODEWALD IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND
18  REQUEST FOR PROTECTIVE ORDER;
19  REQUEST FOR JUDICIAL NOTICE BY NON-PARTIES ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY IN SUPPORT OF
20  MOTION TO QUASH SUBPOENAS ISSUED BY DEFENDANT PAXFIRE, INC. AND REQUEST FOR PROTECTIVE ORDER;
21
    [PROPOSED] ORDER RE MOTION TO QUASH SUBPOENAS ISSUED BY
22  DEFENDANT PAXFIRE, INC. AND REQUEST FOR PROTECTIVE ORDER
23  on the interested parties in this action as follows:
24  Andrew Grosso, Esq.
    Andrew Grosso & Associates
25  Georgetown Place
    1101 Thirtieth Street, NW, Suite 300
26  Washington, D.C. 20007
27
28

-1-

SMRH:405542754.1

Case No. 3:12-MC-80135-RS
CERTIFICATE OF SERVICE

1  At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Santa Clara, State of California. My business address is 379 Lytton Avenue, Palo Alto, CA 94301-1479.

On June 8, 2012, I served true copies of the following document(s) described as:

ORDER OF REFERENCE TO MAGISTRATE JUDGE

ORDER SETTING HEARING DATE ON MOTION TO QUASH

on the interested parties in this action as follows:

Andrew Grosso, Esq.
Andrew Grosso & Associates
Georgetown Place
1101 Thirtieth Street, NW, Suite 300
Washington, D.C. 20007

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2012, at Palo Alto, California.

*(signature)*
Robin P. Regnier