1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   JAMES M. CHADWICK, Cal. Bar No. 157114
3  TENAYA RODEWALD, Cal. Bar No. 248563
   379 Lytton Avenue
4  Palo Alto, California 94301-1479
   Telephone:   650.815.2600
5  Facsimile:    650.815.2601
   Email:       jchadwick@sheppardmullin.com
6                  trodewald@sheppardmullin.com

7  Attorneys for Non-Parties, ELECTRONIC
   FRONTIER FOUNDATION and PETER
8  ECKERSLEY

9

                         UNITED STATES DISTRICT COURT
10
           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

12

13  | BETSY FEIST, | Case No. C-12-80135-RS (DMR) |
| --- | --- |
14  | Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
15  | | The Hon. Donna M. Ryu |
| RCN CORP. and PAXFIRE, INC., | United States Magistrate Judge |
16  | | |
| Defendants. | |
17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-12-80135-RS (DMR)                                             NOTICE OF RELATED CASES
SMRH:405594062.2

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

**NOTICE IS HEREBY GIVEN**, pursuant to Local Civil Rules 3-12 and 3-13, that the actions listed below may be related to the above-captioned matter, and that they all arise from an action pending in another court. Notice is given in lieu of the filing of an administrative motion to consider whether these cases should be related because the non-party witnesses who are providing this notice, the Electronic Frontier Foundation and Peter Eckersley, are not parties to the earliest-filed case among those that may be deemed related.

The actions below and the instant action seek to quash subpoenas issued by this Court and served by Paxfire, Inc. ("Paxfire"), a Defendant in *Feist v. RCN Corp. and Paxfire, Inc.*, No. 11-cv-5436 (S.D.N.Y., filed Aug. 4, 2011). The instant action, filed June 6, 2012, seeks to quash or limit Paxfire's document and deposition subpoenas to non-parties Electronic Frontier Foundation and Peter Eckersley. The following actions seek to quash or limit the specified Paxfire subpoenas:

1. Notice of Motion and Motion to Quash Subpoena and Request for Protective Order by Jim Giles, *Feist v. RCN Corp. and Paxfire, Inc.*, Misc. Case No. 12- 80119 SI (NC) (N.D. Cal., filed May 15, 2012), seeks to quash Paxfire's document subpoena to non-party Jim Giles;

2. Notice of Motion and Motion of Betsy Feist to Quash Subpoenas to Consultants and Request for Protective Order, *Feist v. RCN Corp. and Paxfire, Inc.*, Misc. Case No. 12-80121 JSW (EDL) (N.D. Cal., filed May 23, 2012) ("Plaintiff's Motion to Quash Subpoenas"), seeks to quash Paxfire's document and deposition subpoenas to non-parties the International Computer Science Institute, Christian Kreibich, the Electronic Frontier Foundation and Peter Eckersley;

3. Notice of Motion and Motion of Non-Parties International Computer Science Institute and Christian Kreibich to Quash Subpoenas and Request for Protective

Order, *Feist v. RCN Corp. and Paxfire, Inc.*, Misc. Case No. 12-80140 JSW (KAW) (N.D. Cal., filed June 13, 2012), seeks to quash Paxfire's document and deposition subpoenas to non-parties International Computer Science Institute and Christian Kreibich.

Dated:  June 20, 2012                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                   By    /s/  Tenaya Rodewald
                                         TENAYA M. RODEWALD
                                         Attorneys for Non-parties
                                         ELECTRONIC FRONTIER FOUNDATION and
                                         PETER ECKERSLEY

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Santa Clara, State of California. My business address is 379 Lytton Avenue, Palo Alto, CA 94301-1479.

On June 20, 2012, I served true copies of the following document(s) described as **NOTICE OF RELATED CASES** on the interested parties in this action as follows:

| | |
|---|---|
| Daniel J. Bergeson<br>Melinda M. Morton<br>Jaideep Venkatesan<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000<br>dbergeson@be-law.com<br>mmorton@be-law.com<br>jvenkatesan@be-law.com | *For Defendant PAXFIRE, INC.* |
| Andrew Grosso<br>ANDREW GROSSO & ASSOCIATES<br>Georgetown Place<br>1101 Thirtieth St., NW, Suite 300<br>Washington, D.C. 20007<br>Telephone: (202) 298-6500<br>Facsimile: (202) 298-5599<br>Agrosso@acm.org | |
| Sanford P. Dumain<br>Peter E. Seidman<br>Melissa Ryan Clark<br>Adam Bobkin<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>sdumain@milberg.com<br>pseidman@milberg.com<br>mclark@milberg.com<br>abobkin@milberg.com | *For Plaintiff BETSY FEIST* |
| Michael R. Reese<br>Kim Richman<br>REESE RICHMAN LLP<br>875 Avenue of the Americas, 18th Floor<br>New York, NY 10001<br>Telephone: (212) 579-4625<br>Facsimile: (212) 253-4272<br>mreese@reeserichman.com<br>krichman@reeserichman.com | |

| | | |
|---|---|---|
| 1 | Sharon R. Smith<br>Christopher J. Banks | *For the INTERNATIONAL COMPUTER SCIENCE INSTITUTE and* |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower | *CHRISTIAN KREIBICH* |
| 3 | San Francisco, California 94105-1126<br>Telephone: 415.442.1754 | |
| 4 | Facsimile: 415.442.1001<br>srsmith@morganlewis.com | |
| 5 | cbanks@morganlewis.com | |
| 6 | David Jacobs | *For JIM GILES* |
| 7 | Amy B. Messigian<br>EPSTEIN BECKER & GREEN, P.C. | |
| 8 | 1925 Century Park East, Suite 500<br>Los Angeles, California 90067-2506 | |
| 9 | Telephone: 310.556.8861<br>Facsimile: 310.553.2165 | |
| 10 | djacobs@ebglaw.com<br>amessigian@ebglaw.com | |
| 11 | Peter Neger | *For Defendant RCN CORP.* |
| 12 | Derek Care<br>BINGHAM MCCUTCHEN, LLP | |
| 13 | 399 Park Ave.<br>New York, NY 10022 | |
| 14 | Telephone: 212.705.7000<br>Facsimile: 212.752.5378 | |
| 15 | peter.neger@bingham.com<br>derek.care@bingham.com | |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address rregnier@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 20, 2012, at Palo Alto, California.

Robin Regnier