1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  ANDREW GROSSO, Esq., *pro hac vice pending*
   Agrosso@acm.org
8  ANDREW GROSSO & ASSOCIATES
   Georgetown Place
9  1101 Thirtieth St., NW, Suite 300
   Washington, D.C. 20007
10 Telephone:  (202) 298-6500
   Facsimile:  (202) 298-5599
11

12 Attorneys for Defendant
   PAXFIRE, INC.
13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  BETSY FEIST, | MISC. Case No. CV12-80135 RS (DMR) |
| 19           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |
| 20     vs. | |
| 21  RCN CORP. AND PAXFIRE, INC., | Date: July 12, 2012<br>Time: 11:00 a.m. |
| 22           Defendants. | Hon. Mag. Judge Donna M. Ryu<br>Ctrm: 4, 3rd Floor (Oakland) |

25   It is  ordered that the hearing date for this motion is
26   CONTINUED to July 26, 2012 at
     11:00 am.
27

28

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE                              Misc. CV12-80135 RS (DMR)

Non-Parties Electronic Frontier Foundation and Peter Eckersley ("EFF and Eckersley"), together with Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS on June 6, 2012, EFF and Eckersley noticed a Motion to Quash Subpoenas Issued by Defendant Paxfire, Inc. and Request for Protective Order. D.I. 1.;

WHEREAS on June 8, 2012, the Honorable Magistrate Judge Donna M. Ryu scheduled a hearing on Plaintiff's Motion for July 12, 2012. D.I. 11.;

WHEREAS Defendant's Opposition to EFF and Eckersley's Motion is due on June 20, 2012, per Civil Local Rule 7-3;

WHEREAS Plaintiff's Reply to the Motion is due on June 27, 2012, per Civil Local Rule 7-3;

WHEREAS the Parties have agreed that Defendant may file its Opposition to EFF and Eckersley's Motion by June 22, 2012, and EFF and Eckersley may file a Reply to that Opposition by July 3, 2012.

WHEREAS the Parties so stipulate for the briefing of EFF and Eckersley's Motion to Quash Subpoenas Issued by Defendant Paxfire, Inc. and Request for Protective Order:

1. Defendant may file an Opposition to EFF and Eckersley's Motion by June 22, 2012.
2. EFF and Eckersley may file a Reply to the Opposition by July 3, 2012.
3. This Stipulation does not affect any case management deadlines.

SO STIPULATED AND AGREED

Dated: June 19, 2012  BERGESON, LLP

  /s/
  Jaideep Venkatesan

  Attorneys for Defendant
  PAXFIRE, INC.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

- 1 -

STIPULATION AND [PROPOSED] ORDER
TO EXTEND BRIEFING SCHEDULE                               Misc. CV12-80135 RS (DMR)

| | | |
|---|---|---|
| 1 | Dated: June 19, 2012 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| 2 | | |
| 3 | | _____/s/_____ |
| 4 | | Tenaya M Rodewald |
| 5 | | Attorneys for Non-Parties ELECTRONIC FRONTIER FOUNDATION and PETER ECKERSLEY |

8  IT IS SO ORDERED.

10  Dated: ____June 21____, 2012

_____
The Honorable Donna M. Ryu
United States District Magistrate
Northern District of California

**IT IS SO ORDERED AS MODIFIED**
Judge: Donna M. Ryu

```
 1  DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
 2  MELINDA M. MORTON, Bar No. 209373
    mmorton@be-law.com
 3  JAIDEEP VENKATESAN, Bar No. 211386
    jvenkatesan@be-law.com
 4  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
 5  San Jose, CA 95110-2712
    Telephone: (408) 291-6200
 6  Facsimile:  (408) 297-6000

 7  ANDREW GROSSO, Esq., pro hac vice pending
    Agrosso@acm.org
 8  ANDREW GROSSO & ASSOCIATES
    Georgetown Place
 9  1101 Thirtieth St., NW, Suite 300
    Washington, D.C. 20007
10  Telephone: (202) 298-6500
    Facsimile:  (202) 298-5599
11

12  Attorneys for Defendant
    PAXFIRE, INC.
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RCN CORP AND PAXFIRE, INC.,<br><br>　　　　　Defendants. | MISC. Case No. CV12-80135 RS (DMR)<br><br>**DECLARATION OF JAIDEEP VENKATESAN IN SUPPORT OF STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>Date: July 12, 2012<br>Time: 11:00 a.m.<br>Hon. Mag. Judge Donna M. Ryu<br>Ctrm: 4, 3rd Floor (Oakland) |

---

DECLARATION OF JAIDEEP VENKATESAN ISO
STIPULATION TO EXTEND BRIEFING SCHEDULE　　　　　　　　　　　　　　　　　Misc. CV12-80135 RS (DMR)

I, Jaideep Venkatesan declare as follows:

1. I am a member in good standing for the State Bar of California and an associate with Bergeson, LLP, attorneys for Defendant Paxfire, Inc. ("Defendant" or "Paxfire") in the above-entitled action. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto. I make this declaration in support of Defendant's and Non-Parties Electronic Frontier Foundation and Peter Eckersley's ("EFF and Eckersley") Stipulation to Extent Briefing Schedule.

2. On June 6, 2012, EFF and Eckersley noticed a Motion to Quash Subpoenas Issued by Defendant Paxfire, Inc. and Request for Protective Order. D.I. 1. Defendant's Opposition to EFF and Eckersley's Motion is due on June 20, 2012, per Civil Local Rule 7-3. EFF and Eckersley's motion raises several issues for which Defendant's counsel requires additional time to address in a responsive pleading. The parties have agreed to extend the deadline for filing of Defendant's Opposition, with a corresponding extension for the deadline of filing EFF and Eckersley's Reply Brief in support of EFF and Eckersley's Motion.

3. There have been no previous modifications to any deadlines set in this case. This Stipulation does not affect any case management deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 19, 2012 in San Jose, California.

/s/
Jaideep Venkatesan

- 1 -

DECLARATION OF JAIDEEP VENKATESAN ISO
STIPULATION TO EXTEND BRIEFING SCHEDULE         Misc. CV12-80135 RS (DMR)