RECEIVED

JUN 21 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETSY FEIST,

        Plaintiff,

v.

RCN CORPORATION AND
PAXFIRE, INC.,

        Defendant.

_____/

**CASE NO.** C12-80135 RS (DMR)

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Andrew Grosso              , whose business address and telephone number is

Andrew Grosso & Associates, Georgetown Place, 1101 Thirtieth St., NW, Suite 300,
Washington, D.C. 20007, (202) 298-6500, Agrosso@acm.org.
                          District Court for the District of Columbia

and who is an active member in good standing of the bar of  see line above

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Defendant Paxfire, Inc.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  6/22/12

                                   _____

                               United States District   Judge

**United States District Court**
For the Northern District of California