UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>           Plaintiff,<br><br>    v.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>           Defendants. | Case No. 12-cv-80119 SI (NC)<br>Related to 12-cv-80135<br>            12-cv-80121<br>            12-cv-80140<br><br>**ORDER SETTING HEARING ON MOTIONS TO QUASH** |

On July 2, 2012, District Judge Illston related the four cases listed above and referred the motions to quash currently pending in each of those cases to this court. Dkt. No. 26. A hearing on these motions will be held on August 1, 2012, at 9:00 AM in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: July 3, 2012

                                        Nathanael M. Cousins
                                        United States Magistrate Judge

Case No. 12-cv-80119 SI (NC)
ORDER SETTING HEARING