DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone:  (202) 298-6500
Facsimile:   (202) 298-5599

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>　　　　　　　　　　Defendants. | Misc. Case No. CV12-80140 SI (NC)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK<br>　　Related cases:<br>　　　　3:12-cv-80119 SI (NC)<br>　　　　3:12-cv-80121 SI (NC)<br>　　　　3:12-cv-80135 SI (NC)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>Date:  October 19, 2012<br>Time:  9:00 a.m.<br><br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

Non-Parties Electronic Frontier Foundation and Peter Eckersley ("EFF"), together with Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS on August 27, 2012, EFF noticed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge re [35] Order on Motion to Quash ("Motion"). D.I. 37;

WHEREAS the hearing on EFF 's Motion is set for October 19, 2012;

WHEREAS Defendant's Opposition to EFF's Motion is due on September 10, 2012, per Civil Local Rule 7-3;

WHEREAS Plaintiff's Reply to the Motion is due on September 17, 2012, per Civil Local Rule 7-3;

WHEREAS the Parties have agreed that Defendant may file its Opposition to EFF's Motion by September 12, 2012 and EFF may file a Reply to that Opposition by September 21, 2012.

WHEREAS the Parties so stipulate for the briefing of EFF's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge re [35] Order on Motion to Quash:

1. Defendant may file an Opposition to EFF's Motion by September 12, 2012.
2. EFF may file a Reply to the Opposition by September 21, 2012.
3. This Stipulation does not affect the hearing date for the Motion or any case management deadlines.

SO STIPULATED AND AGREED

Dated: September 7, 2012         BERGESON, LLP

                                 /s/
                                 Jaideep Venkatesan

                                 Attorneys for Defendant
                                 PAXFIRE, INC.

- 1 -

1 | In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence
2 | in the signing of this document has been obtained from the signatory below.

3 | Dated: September 7, 2012

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

/s/   Tenaya M Rodewald
Tenaya M Rodewald, Esq.
James M. Chadwick, Esq.

Attorneys for Non-Parties
ELECTRONIC FRONTIER FOUNDATION and
PETER ECKERSLEY

IT IS SO ORDERED.

Dated:   9/7   , 2012

*[signature: Susan Illston]*

The Honorable Susan Illston
United States District Judge
Northern District of California