DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone: (202) 298-6500
Facsimile: (202) 298-5599

Attorneys for Defendant-Counterclaim Plaintiff
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>                          Plaintiff,<br><br>  vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>                          Defendants. | Misc. Case No. CV12-80135 SI (NC)<br><br>Underlying action pending in the U.S. Dist. Court for the S. Dist. of New York, Case No. 11 CV 5436 JGK    Related cases:<br>    3:12-cv-80119 SI (NC)<br>    3:12-cv-80121 SI (NC)<br>    3:12-cv-80140 SI (NC)<br><br>**JAIDEEP VENKATESAN'S DECLARATION IN SUPPORT OF PAXFIRE, INC.'S ADMINISTRATIVE MOTION TO REQUEST THE COURT TO STRIKE THE MOTION OF NON-PARTIES THE ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br><br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

I, Jaideep Venkatesan, declare as follows:

1. I am a member in good standing for the State Bar of California and an associate with Bergeson, LLP, attorneys for defendant Paxfire, Inc. ("Paxfire) in the above-entitled action. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto.

2. I submit this declaration in support of Paxfire's Administrative Motion to request the Court to strike the Motion of Non-Parties The Electronic Frontier Foundation and Peter Eckersley ("EFF") for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. Paxfire submits its motion on the grounds that EFF's motion was improperly filed as a motion for de novo review pursuant to Local Rule 72-3, instead of as a motion for relief from a nondispositive pretrial order of the Magistrate Judge.

3. On September 10, 2012, I contacted Tenaya Rodewald of Sheppard Mullin Richter & Hampton LLP, counsel for EFF, to request that EFF stipulate to Paxfire's request that EFF's motion be deemed a motion for relief from a nondispositive pretrial order of the Magistrate Judge pursuant to Local Rule 72-2. Attached as Exhibit A is a true and correct copy of my email to Ms. Rodewald dated September 10, 2012.

4. After additional meet and confer correspondence, Ms. Rodewald informed me that EFF would not agree to the stipulation requested by Paxfire. Attached as Exhibit B is a true and correct copy of my subsequent email correspondence with Ms. Rodewald.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of September, 2012, in San Jose, CA.

/s/
Jaideep Venkatesan

- 1 -
VENKATESAN'S DECL. ISO PAXFIRE'S ADMINISTRATIVE MOTION
TO REQUEST THE COURT TO STRIKE MOTION                    Misc. CV12-80135 SI (NC)

# EXHIBIT A

## TO THE DECLARATION OF JAIDEEP VENKATESAN IN SUPPORT OF PAXFIRE, INC.'S ADMINISTRATIVE MOTION TO REQUEST THE COURT TO STRIKE THE MOTION OF NON-PARTIES THE ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Jaideep Venkatesan |
| **Sent:** | Monday, September 10, 2012 12:58 PM |
| **To:** | Tenaya Rodewald (TRodewald@sheppardmullin.com) |
| **Cc:** | Agrosso (agrosso@att.net); Gail Simmons |
| **Subject:** | Paxfire Administrative Motion to Strike |

Tenaya:

Paxfire intends on filing an administrative motion to request the Court to strike EFF and Peter Eckersley's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, on the grounds that Mr. Eckersley and EFF improperly filed a motion under Local Rule 72-3 to review a nondispositive pretrial order that is reviewable only under Local Rule 72-2 and FRCP 72(a). Please let me know if Mr. Eckersley and EFF will agree, and we can convert the motion into a stipulation to convert EFF and Mr. Eckersley's motion into a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge under Local Rule 72-2. I am available to meet and confer further tomorrow at 8-10 AM and 12-4 PM.

Regards,

Jay


**Jaideep Venkatesan | Bergeson, LLP**

303 Almaden Blvd, Suite 500 | San Jose, CA 95110
O 408.291.6200 | D 408.291.2764
jvenkatesan@be-law.com | www.be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2012 Bergeson, LLP [All Rights Reserved].

# EXHIBIT B

## TO THE DECLARATION OF JAIDEEP VENKATESAN IN SUPPORT OF PAXFIRE, INC.'S ADMINISTRATIVE MOTION TO REQUEST THE COURT TO STRIKE THE MOTION OF NON-PARTIES THE ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Tenaya Rodewald <TRodewald@sheppardmullin.com> |
| **Sent:** | Tuesday, September 11, 2012 5:54 PM |
| **To:** | Jaideep Venkatesan |
| **Subject:** | RE: Paxfire Administrative Motion to Strike |

Dear Jay:

With regard to the authority you provided, *Highfields Capital Management L.P. v. Doe*, 385 F. Supp.2d 969 (NDCA 2005) applied *de novo* review. Only in the alternative did is state that to the degree the motion could be characterized as nondispositive, the result it reached would be the same under the "clearly erroneous or contrary to law" standard. *Channelmark Corp. v. Destination Products Int'l. Inc.*, 2000 U.S. Dist. LEXIS 9854 (N.D. Ill. 2000) did not address a motion raising Constitutional protections against compelled discovery, and is not binding authority in the Northern District.

Additionally, Paxfire will be filing an Opposition to EFF's Motion tomorrow regardless. Moreover, as explained in our Motion, the Court must apply *de novo* review no matter how our Motion is designated. Therefore, Paxfire's proposal to change the designation of our Motion unnecessarily complicates this motion and increases the burden on both your client and ours, but will not change anything of substance.

Therefore, we can't agree to the stipulation you propose. We hope you will consider simply raising any objections you have in your opposition rather than in an additional administrative motion.

Regards,

Tenaya Rodewald
TRodewald@sheppardmullin.com

**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
379 Lytton Avenue
Palo Alto, CA 94301-1479
650.815.2664 | direct
650.815.4654 | direct fax
650.815.2600 | main
www.sheppardmullin.com

---

**From:** Jaideep Venkatesan [mailto:jvenkatesan@be-law.com]
**Sent:** Tuesday, September 11, 2012 3:59 PM
**To:** Tenaya Rodewald
**Cc:** Agrosso@acm.org; Gail Simmons
**Subject:** RE: Paxfire Administrative Motion to Strike

Tenaya:

I wanted to follow up on my email from yesterday regarding the administrative motion to strike. Have you had a chance to review with your client?

---

**From:** Jaideep Venkatesan
**Sent:** Monday, September 10, 2012 8:59 PM
**To:** 'Tenaya Rodewald'

1

**Cc:** Agrosso@acm.org; Gail Simmons
**Subject:** RE: Paxfire Administrative Motion to Strike

Tenaya:

Please see *Highfields Capital Management L.P. v. Doe*, 385 F. Supp.2d 969 (NDCA 2005) and *Channelmark Corp. v. Destination Products Int'l. Inc.*, 2000 U.S. Dist. LEXIS 9854 (N.D. Ill. 2000).

I will give you a call tomorrow to discuss EFF and Mr. Eckersley's position.

Regards,

Jay

---

**From:** Tenaya Rodewald [mailto:TRodewald@sheppardmullin.com]
**Sent:** Monday, September 10, 2012 2:20 PM
**To:** Jaideep Venkatesan
**Subject:** RE: Paxfire Administrative Motion to Strike

Jay:
Please provide us with any authority you have that EFF's Motion to Quash and Judge Cousins' Order were nondispositive as to EFF and Mr. Eckersley so we can consider it and discuss your request with our clients. Please let me know.

Regards,

Tenaya Rodewald
TRodewald@sheppardmullin.com

**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
379 Lytton Avenue
Palo Alto, CA 94301-1479
650.815.2664 | direct
650.815.4654 | direct fax
650.815.2600 | main
www.sheppardmullin.com

---

**From:** Jaideep Venkatesan [mailto:jvenkatesan@be-law.com]
**Sent:** Monday, September 10, 2012 12:58 PM
**To:** Tenaya Rodewald
**Cc:** Agrosso (agrosso@att.net); Gail Simmons
**Subject:** Paxfire Administrative Motion to Strike

Tenaya:

Paxfire intends on filing an administrative motion to request the Court to strike EFF and Peter Eckersley's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, on the grounds that Mr. Eckersley and EFF improperly filed a motion under Local Rule 72-3 to review a nondispositive pretrial order that is reviewable only under Local Rule 72-2 and FRCP 72(a). Please let me know if Mr. Eckersley and EFF will agree, and we can convert the motion into a stipulation to convert EFF and Mr. Eckersley's motion into a

2

Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge under Local Rule 72-2. I am available to meet and confer further tomorrow at 8-10 AM and 12-4 PM.

Regards,

Jay

**Jaideep Venkatesan | Bergeson, LLP**
303 Almaden Blvd, Suite 500 | San Jose, CA 95110
O 408.291.6200 | D 408.291.2764
jvenkatesan@be-law.com | www.be-law.com

The information transmitted in this e-mail (including any attachments) is a private communication for the sole use of the above individual or entity and may contain privileged and/or confidential information that may be exempt from disclosure under law. If you are not an intended recipient, do not forward this email. Interception of this message may be a federal crime. Any unauthorized dissemination, distribution, or copy of this communication (including any attachments) is strictly prohibited. If this e-mail has been transmitted to you in error, please notify the person listed above immediately, and delete the original message (including any attachments).

IRS Circular 230 Disclosure: To ensure compliance with requirements posed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Bergeson, LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. 2012 Bergeson, LLP [All Rights Reserved].

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.