1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile:  (408) 297-6000

7  ANDREW GROSSO, Esq., *pro hac vice*
   Agrosso@acm.org
8  ANDREW GROSSO & ASSOCIATES
   Georgetown Place
9  1101 Thirtieth St., NW, Suite 300
   Washington, D.C. 20007
10 Telephone: (202) 298-6500
   Facsimile:  (202) 298-5599
11
   Attorneys for Defendant-Counterclaim Plaintiff
12 PAXFIRE, INC.

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 16 BETSY FEIST, | Misc. Case No. CV12-80135 SI (NC) |
| 17 | Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK |
| 18                           Plaintiff, | |
| 19   vs. |     Related cases: |
| | 3:12-cv-80119 SI (NC) |
| 20 RCN CORPORATION and | 3:12-cv-80121 SI (NC) |
| PAXFIRE, INC., | 3:12-cv-80140 SI (NC) |
| 21 | |
| 22                           Defendants. | **OBJECTIONS TO NON-PARTIES THE ELECTRONIC FRONTIER FOUNDATION AND PETER ECKERSLEY'S EVIDENCE IN SUPPORT OF REPLY TO MOTION FOR *DE NOVO* DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |
| 23 | |
| 24 | |
| 25 | Date: October 19, 2012 |
| 26 | Time: 9:00 a.m. |
| | Hon. Judge Susan Illston |
| 27 | Courtroom 10, 19th Floor |
| 28 | |

PAXFIRE'S OBJECTION TO EFF & ECKERSLEY'S EVIDENCE ISO REPLY TO MOTION FOR DE NOVO
DETERMINATION OF DISPOSITIVE MATTER REFERRED BY MAGISTRATE JUDGE    CV12-80135 SI (NC)

1  Defendant Paxfire, Inc. ("Paxfire") hereby objects to and moves to strike the following evidence submitted by Non-Parties The Electronic Frontier Foundation and Peter Eckersley in support of their reply to their Motion for *De Novo* Determination of Dispositive Matter Referred to Magistrate Judge, now set for hearing on October 19, 2012.

**A.     Declaration of Cindy Cohn ("Cohn Declaration")**

Paxfire objects to and moves to strike the Cohn Declaration pursuant to Civil L.R. 72-3(c) on the grounds that it was not submitted to the Magistrate Judge in connection with the matters referred to the Magistrate Judge, and was therefore not a part of the record of the proceedings before the Magistrate Judge in connection with its Order Granting in Part and Denying in Part Motions to Quash (Dkt. 30).

Dated:  September 28, 2012          BERGESON, LLP

                                                         /s/
                                                Jaideep Venkatesan

                                    Attorneys for Defendant-Counterclaim Plaintiff
                                    PAXFIRE, INC.

Dated:  September 28, 2012          ANDREW GROSSO & ASSOCIATES

                                                         /s/
                                                Andrew Grosso, *pro hac vice*

                                    Attorneys for Defendant-Counterclaim Plaintiff
                                    PAXFIRE, INC.