1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  ANDREW GROSSO, Esq., *pro hac vice*
   Agrosso@acm.org
8  ANDREW GROSSO & ASSOCIATES
   Georgetown Place
9  1101 Thirtieth St., NW, Suite 300
   Washington, D.C. 20007
10 Telephone:  (202) 298-6500
   Facsimile:   (202) 298-5599
11

12 Attorneys for Defendant
   PAXFIRE, INC.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST, | Misc. Case No. CV12-80135 SI (NC) |
| Plaintiff, | Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK |
| vs. | Related cases:<br>3:12-cv-80119 SI (NC)<br>3:12-cv-80121 SI (NC)<br>3:12-cv-80140 SI (NC) |
| RCN CORPORATION and PAXFIRE, INC., | |
| Defendants. | **STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING DATE ON EFF MOTION FOR DE NOVO DETERMINATION** |
| | Date:  October 23, 2012<br>Time:  10:00 a.m.<br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

1  Non-Parties Electronic Frontier Foundation and Peter Eckersley ("EFF"), together with
2  Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel,
3  hereby stipulate as follows:
4  WHEREAS on August 27, 2012, EFF noticed a Motion for De Novo Determination of
5  Dispositive Matter Referred to Magistrate Judge re [30] Order on Motion to Quash ("Motion").
6  D.I. 32;
7  WHEREAS Defendant Paxfire's Opposition to EFF's Motion was electronically filed
8  (Dkt. No. 35) on September 12, 2012;
9  WHEREAS EFF's Reply to the Motion was electronically filed on September 21, 2012
10 (Dkt. No. 38);
11 WHEREAS the hearing on EFF's Motion was reset by Clerk's Notice from October 19,
12 2012 to October 23, 2012 (Dkt. No. 43);
13 WHEREAS counsel for Paxfire is not available to attend the hearing on October 23, 2012;
14 WHEREAS the Parties stipulate to moving the hearing on EFF's Motion for De Novo
15 Determination of Dispositive Matter Referred to Magistrate Judge re [30] Order on Motion to
16 Quash from October 23, 2012 to November 6, 2012 at 9:00 AM.
17 WHEREAS this Stipulation does not affect any case management deadlines.

19 SO STIPULATED AND AGREED

21 Dated: October 12, 2012                          BERGESON, LLP

23                                                   /s/
                                                Jaideep Venkatesan

24                                               Attorneys for Defendant
                                                 PAXFIRE, INC.

26 In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence
27 in the signing of this document has been obtained from the signatory below.
28

- 1 -

STIPULATION AND [PROPOSED] ORDER RE CONTINUING
HEARING ON EFF MOTION FOR DE NOVO DETERMINATION          Misc. CV12-80135 SI (NC)

| | |
|---|---|
| Dated:  October 12, 2012 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |
| | |
| | _____/s/    Tenaya M Rodewald_____<br>Tenaya M Rodewald, Esq.<br>James M. Chadwick, Esq. |
| | Attorneys for Non-Parties<br>ELECTRONIC FRONTIER FOUNDATION and PETER ECKERSLEY |

**IT IS SO ORDERED**.

Dated: _____, 2012        _____
                                    The Honorable Susan Illston
                                    United States District Judge
                                    Northern District of California