DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone:  (202) 298-6500
Facsimile:   (202) 298-5599

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>　　　　　　　　　　　Defendants. | Misc. Case No. CV12-80135 SI (NC)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK<br>　　Related cases:<br>　　　3:12-cv-80119 SI (NC)<br>　　　3:12-cv-80121 SI (NC)<br>　　　3:12-cv-80140 SI (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING DATE ON EFF MOTION FOR DE NOVO DETERMINATION**<br><br>Date:  October 23, 2012<br>Time:  10:00 a.m.<br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

1  Non-Parties Electronic Frontier Foundation and Peter Eckersley ("EFF"), together with
2  Defendant Paxfire, Inc. ("Defendant" or "Paxfire"), by and through their undersigned counsel,
3  hereby stipulate as follows:
4  WHEREAS on August 27, 2012, EFF noticed a Motion for De Novo Determination of
5  Dispositive Matter Referred to Magistrate Judge re [30] Order on Motion to Quash ("Motion").
6  D.I. 32;
7  WHEREAS Defendant Paxfire's Opposition to EFF's Motion was electronically filed
8  (Dkt. No. 35) on September 12, 2012;
9  WHEREAS EFF's Reply to the Motion was electronically filed on September 21, 2012
10 (Dkt. No. 38);
11 WHEREAS the hearing on EFF's Motion was reset by Clerk's Notice from October 19,
12 2012 to October 23, 2012 (Dkt. No. 43);
13 WHEREAS counsel for Paxfire is not available to attend the hearing on October 23, 2012;
14 WHEREAS the Parties stipulate to moving the hearing on EFF's Motion for De Novo
15 Determination of Dispositive Matter Referred to Magistrate Judge re [30] Order on Motion to
16 Quash from October 23, 2012 to November 6, 2012 at 9:00 AM.
17 WHEREAS this Stipulation does not affect any case management deadlines.
18
19 SO STIPULATED AND AGREED
20
21 Dated:  October 12, 2012                    BERGESON, LLP
22
23                                              /s/
                                              Jaideep Venkatesan
24
                                              Attorneys for Defendant
25                                             PAXFIRE, INC.

26 In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence
27 in the signing of this document has been obtained from the signatory below.
28

- 1 -
STIPULATION AND [PROPOSED] ORDER RE CONTINUING
HEARING ON EFF MOTION FOR DE NOVO DETERMINATION                  Misc. CV12-80135 SI (NC)

1  Dated: October 12, 2012                SHEPPARD MULLIN RICHTER & HAMPTON, LLP

        /s/   Tenaya M Rodewald
        Tenaya M Rodewald, Esq.
        James M. Chadwick, Esq.

Attorneys for Non-Parties
ELECTRONIC FRONTIER FOUNDATION and
PETER ECKERSLEY

**IT IS SO ORDERED**.

Dated: ____10/16_____, 2012

        _____
        The Honorable Susan Illston
        United States District Judge
        Northern District of California

(Signature: Judge Susan Illston — United States District Court, Northern District of California seal)

- 2 -
STIPULATION AND [PROPOSED] ORDER RE CONTINUING
HEARING ON EFF MOTION FOR DE NOVO DETERMINATION                 Misc. CV12-80135 SI (NC)