IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETSY FEIST,

    Plaintiff,

v.

RCN CORPORATION and PAXFIRE, INC.,

    Defendants.

Case No. 12-mc-80135 SI

Related Cases
Case No. 12-mc-80119
Case No. 12-mc-80121
Case No. 12-mc-80140

Underlying Action, Southern District of New York, Case No. 11-cv-5436

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds the motion for review filed by third-party Electronic Frontier Foundation appropriate for resolution without oral argument and hereby VACATES the November 6, 2012 hearing.

**IT IS SO ORDERED.**

Dated: 11/5/12

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE