1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  JAIDEEP VENKATESAN, Bar No. 211386
   jvenkatesan@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  ANDREW GROSSO, Esq., *pro hac vice*
   Agrosso@acm.org
8  ANDREW GROSSO & ASSOCIATES
   Georgetown Place
9  1101 Thirtieth St., NW, Suite 300
   Washington, D.C. 20007
10 Telephone:  (202) 298-6500
   Facsimile:   (202) 298-5599
11

12 Attorneys for Defendant
   PAXFIRE, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 17 BETSY FEIST, | Misc. Case No. CV12-80135 SI (NC) |
| 18 | Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK |
| 19 Plaintiff, | |
| 20 vs. | Related/Consolidated cases: |
| | 3:12-cv-80119 SI (NC) |
| 21 RCN CORPORATION and | 3:12-cv-80121 SI (NC) |
| PAXFIRE, INC., | 3:12-cv-80140 SI (NC) |
| 22 | |
| 23 Defendants. | **DEFENDANT PAXFIRE, INC.'S NOTICE OF APPEAL** |
| 24 | |
| 25 | Hon. Judge Susan Illston |
| | Courtroom 10, 19th Floor |

26

27

28

TO THE COURT AND ALL PARTIES IN THE ABOVE NAMED ACTION:

Notice is hereby given that Paxfire, Inc., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the portions of the Court's Order on Motion for Review (Dkt. No. 50) entered by the Court on November 6, 2012 granting non-party Electronic Frontier Foundation's (EFF) Motion for Review and quashing the document subpoenas served by Paxfire.  The United States Court of Appeals for the Ninth Circuit has jurisdiction to hear this appeal.[1]

Dated:  November 8, 2012             Respectfully submitted,


                                     BERGESON, LLP


                                         _____/s/_____
                                         Jaideep Venkatesan


                                     ANDREW GROSSO & ASSOCIATES


                                         _____/s/_____
                                         Andrew Grosso, *pro hac vice*


                                     Attorneys for Defendant
                                     PAXFIRE, INC.

---

[1] The appellate court has jurisdiction to hear this appeal.  *See Premium Service Corp. v. Sperry & Hutchinson Co.*, 511 F.2d 225, 227-228 (9th Cir.1975) (holding that denial of motion for protective order from discovery subpoena issued by Minnesota court is immediately appealable); cf., *United States v. Global Fishing, Inc*., 634 F.3d 557, 566 (9th Cir. 2011) ( holding that denial of motion for protective order from discovery subpoena issued by court in foreign country is immediately appealable).