DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone:  (202) 298-6500
Facsimile:   (202) 298-5599

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>　　　　　　　　　　　Defendants. | Misc. Case No. CV12-80135 SI (NC)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK<br>　Related/Consolidated cases:<br>　　3:12-cv-80119 SI (NC)<br>　　3:12-cv-80121 SI (NC)<br>　　3:12-cv-80140 SI (NC)<br><br>**DEFENDANT PAXFIRE, INC.'S CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

**CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

1. Paxfire, Inc., appellants, are represented by the following counsel:

>Daniel J. Bergeson, Esq.
>Melinda M. Morton, Esq.
>Jaideep Venkatesan, Esq.
>BERGESON, LLP
>303 Almaden Boulevard, Suite 500
>San Jose, CA 95110-2712
>Telephone:  (408) 291-6200
>Facsimile:   (408) 297-6000
>dbergeson@be-law.com
>mmorton@be-law.com
>jvenkatesan@be-law.com
>
>Andrew Grosso, Esq., *pro hac vice*
>ANDREW GROSSO & ASSOCIATES
>Georgetown Place
>1101 Thirtieth St., NW, Suite 300
>Washington, D.C. 20007
>Telephone:  (202) 298-6500
>Facsimile:   (202) 298-5599
>agrosso@acm.org

2. Non-parties Electronic Frontier Foundation and Peter Eckersley, appellees, are represented by the following counsel:

>James M. Chadwick, Esq.
>Tenaya M Rodewald, Esq.
>SHEPPARD MULLIN RICHTER & HAMPTON, LLP
>379 Lytton Avenue
>Palo Alto, CA 94301
>Telephone:  650-815-2600
>Facsimile:  650-815-2601
>jchadwick@sheppardmullin.com
>trodewald@sheppardmullin.com

Dated:  November 9, 2012    BERGESON, LLP

_____/s/_____
Jaideep Venkatesan

ANDREW GROSSO & ASSOCIATES

_____/s/_____
Andrew Grosso, *pro hac vice*

Attorneys for Defendant
PAXFIRE, INC.