UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

November 9, 2012

**CASE INFORMATION:**
Short Case Title:  BETSY FEIST -v- RCN CORP
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, San Francisco, Judge Illston
Criminal and/or Civil Case No.:  CV 12-80135 SI
Date Complaint/Indictment/Petition Filed: 6/7/2012
Date Appealed order/judgment *entered* 11/6/2012
Date NOA *filed* 11/8/2012
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: None

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 11/8/2012                 Date Docket Fee Billed:
Date FP granted:                                Date FP denied:
Is FP pending?  ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal?  ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                              Appellee Counsel:
Daniel J. Bergeson
Melinda M. Morton
Jaideep Venkatesan
BERGESON LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
408-291-6200

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gloria Acevedo, 415-522-3080