DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

ANDREW GROSSO, Esq., *pro hac vice*
Agrosso@acm.org
ANDREW GROSSO & ASSOCIATES
Georgetown Place
1101 Thirtieth St., NW, Suite 300
Washington, D.C. 20007
Telephone:  (202) 298-6500
Facsimile:   (202) 298-5599

Attorneys for Defendant
PAXFIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETSY FEIST,<br><br>                          Plaintiff,<br><br>    vs.<br><br>RCN CORPORATION and PAXFIRE, INC.,<br><br>                          Defendants. | Misc. Case No. CV12-80135 SI (NC)<br><br>Underlying action pending in the United States District Court for the Southern District of New York, Case No. 11 CV 5436 JGK<br>    Related/Consolidated cases:<br>        3:12-cv-80119 SI (NC)<br>        3:12-cv-80121 SI (NC)<br>        3:12-cv-80140 SI (NC)<br><br>**NOTICE RE REPORTER'S TRANSCRIPT PURSUANT TO CIRCUIT RULE 10-3.1(C)**<br><br>Hon. Judge Susan Illston<br>Courtroom 10, 19th Floor |

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) and Circuit Rule 10-3.1(c), Paxfire, Inc., appellant, hereby provides notice that no oral hearings were held in this action, and hence the parties are not ordering a Reporter's Transcript in connection with Paxfire's Notice of Appeal from the Court's Order on Motion for Review (Dkt. No. 50) entered by the Court on November 6, 2012 granting non-party Electronic Frontier Foundation's (EFF) Motion for Review and quashing the document subpoenas served by Paxfire (Dkt. No. 51).

Dated:  November 15, 2012              BERGESON, LLP

                                                                         /s/
                                                           Jaideep Venkatesan

ANDREW GROSSO & ASSOCIATES

                                                        /s/
                                    Andrew Grosso, *pro hac vice*

Attorneys for Defendant and Appellant
PAXFIRE, INC.