**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                              Misc. Case No. 12-mc-80135 SI

12   BETSY FEIST,                               **ORDER TO SHOW CAUSE**

13              Plaintiff,                       Underlying Action Pending in S.D.N.Y. Case
                                                 No. 11 CV 5436 JGK
14        v.
                                                 Related Cases:
15   RCN CORPORATION AND PAXFIRE, INC.,              12-mc-80119
                                                     12-mc-80121
16              Defendant.                           12-mc-80140

17   _____/

18

19        This miscellaneous action arises from a motion to quash deposition and document subpoenas

20   issued to third-parties Electronic Frontier Foundation and Peter Eckersley ("EFF") by defendant Paxfire,

21   Inc.  On November 6, 2012, the Court found that EFF's motion to quash should be granted.  On

22   November 8, 2012, defendant Paxfire appealed the Court's decision to the Ninth Circuit.  On November

23   20, 2012, EFF filed a motion for sanctions, asking this Court to sanction Paxfire under Federal Rule of

24   Civil Procedure 45(c)(1) for discovery abuse.  The motion for sanctions is set to be heard on Friday

25   January 11, 2013.  On December 17, 2012, Paxfire filed a Suggestion of Bankruptcy, suggesting that

26   this action be stayed in light of Paxfire's recently filed Title 11 bankruptcy petition.

27

28

1      The hearing on the motion for sanctions is hereby VACATED.  EFF is Ordered to Show Cause

2  on or before **January 18, 2013** why this case should not be stayed in light of Paxfire's bankruptcy

3  petition.  Paxfire may file a response to EFF's filing on or before **January 25, 2013**.

4

5      **IT IS SO ORDERED.**

6

7

   Dated: January 8, 2013

8                                                          SUSAN ILLSTON
                                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California