**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Misc. Case No. 12-mc-80135 SI

**ORDER STAYING CASE**

Underlying Action Pending in S.D.N.Y. Case No. 11 CV 5436 JGK

BETSY FEIST,

       Plaintiff,

  v.

RCN CORPORATION and PAXFIRE, INC.,

       Defendants.

_____/

Related Cases:
     12-mc-80119
     12-mc-80121
     12-mc-80140

     In light of defendant Paxfire's December 2012 bankruptcy filing (Docket No. 59), and third-party movants' statement that they do not presently seek relief from the automatic stay (Docket No. 63), the Court hereby STAYS this case and terminates the motion for sanctions (Docket No. 55).

     **IT IS SO ORDERED.**

Dated: February 19, 2013

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE